UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                                           CASE NO.  3:98-CR-00098-002/LAC

ANDREW G. HAMLETT

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Andrew G. Hamlett_____ (Payee)
Address:   127 High Street
                 Hagerstown, MD 21740

Receipt Number  _400-110033_

Date of Receipt  _3/7/06_

Motion: N/A

Explanation: A review of the payment records for Mr. Hamlett indicates an overpayment of $5.00. According to the court dockets and financial records, Mr. Hamlett does not owe any additional money and should be reimbursed $5.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _s/Philip Detweiler_
                       Philip Detweiler, Financial Specialist              Date:  April 5, 2006

Referred by: _____, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 5th day of April, 2006, that the Clerk refund the identified funds to the payee.

APPROVED_____XX_____

DENIED_____                          _s/L.A. Collier_
                                                                                  LACEY A. COLLIER
                                                                     SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99